IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RANDY CLANTON, JR., SAMUEL
CLANTON, HERITAGE FARMS, GUY
MARTIN WARDLAW, CRAIG WARDLAW,
MARTY LEE WARDLAW, J&B CARE, INC.,
and PATTSVILLE FARMS, INC.                                                          PLAINTIFFS

v.                                      Case No. 1:13-cv-01063

UNITED STATES OF AMERICA Acting
Through the United States Department of
Agriculture, Risk Management Agency                                                 DEFENDANT

## JUDGMENT

Before the Court is Plaintiff's Motion for Summary Judgment. (ECF No. 10). Defendant did not file a response. Instead, Defendant filed its own Motion for Summary Judgment and For Leave to File Exhibit not part of the Administrative Record. (ECF No. 14). Plaintiffs did not respond to Defendant's Motion. For the reasons set forth in the Memorandum Opinion of even date, Plaintiffs' Motion for Summary Judgment (ECF No. 10) is DENIED. Defendant's Motion for Summary Judgment (ECF No. 14) is GRANTED. Defendant's request for leave to file an exhibit not part of the administrative record is DENIED AS MOOT.

IT IS SO ORDERED, this 4th day of February, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge